1  LAMAR PECKHAM
   Attorney at Law
2  State Bar No. 121790
   555 Sebastopol Rd., Ste. C
3  Santa Rosa, CA 95407

4  (707)527-8030

5  Attorney for Plaintiff LOURDES DIAZ DE IANNETTA

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

LOURDES DIAZ DE IANNETTA,
11                                          No.
            Plaintiff,
12                                          INS File No. A96 400 097

13          v.                              COMPLAINT FOR MANDAMUS **TEH**

MICHAEL CHERTOFF, Secretary of the
14 Department of Homeland Security;          [Immigration Case]
   EMILIO T. GONZALES, Director of U.S
15 Citizenship & Immigration Services, DAVID N.
   STILL Director of the San Francisco District
16 Office, USCIS, and ROBERT S. MUELLER,
   Director of the Federal Bureau of Investigation,
17

18          Defendants.
   _____/
19

20      Plaintiff, LOURDES DIAZ DE IANNETTA, in applying for a writ of mandamus,

21 respectfully represents that:

22      This action is brought against Defendants to compel action on an Application to Adjust to

23 Permanent Reside Status, For I-485, properly filed by Plaintiff.  The application remains within

24 the jurisdiction of the Defendants, who have improperly withheld action of the applications to

25 Plaintiff's detriment.

                        PARTIES
26
27      Plaintiff, LOURDES DIAZ DE IANNETTA, is a native and citizen of Mexico.  She filed

28 COMPLAINT FOR MANDAMUS                    1

1    an application for adjustment of status, Form I-485, on February 5, 2004, at the San Francisco

2    District Office of USCIS.. A copy of the cash register receipt showing paying of the filing fee is

3    attached hereto as **Exhibit A.**

4        Respondent MICHAEL CHERTOFF is the Secretary of the Department of Homeland

5    Security [DHS],, and this action is brought against him in his official capacity. He is generally

6    charged with enforcement of the Immigration & Nationality Act, and is further authorized to

7    delegate such posers and authority to subordinate employees of the DHS. 8 USC § 1103[a]; 8 CFR

8    § 2.14.

9        Respondent EMILIO T. GONZALEZ is Director of the United States Citizenship and

10   Immigration Services [USCIS], and agency within the DHS to whom the Secretary's authority has

11   in part been delegated and is subject to the Secretary's supervision. Respondent Director is

12   generally charged with the overall administration of benefits and immigration service. 8 CFR §

13   100.2[a].

14       Respondent DAVID N. STILL, USCIS San Francisco District Office Director, is an official

15   of the USCIS generally charged with supervisory authority over all operations of the USCIS within

16   his district with certain specific exceptions not relevant here. 8 CFR § 100.2[d][2][ii]. As will be

17   shown, respondent Director is the official with whom Plaintiff's I-485 application remains

18   pending.

19       Respondent ROBERT S. MUELLER, III, is Director of the Federal Bureau of

20   Investigations [FBI], the law enforcement agency which conducts security clearances for other U.S.

21   government agencies such as the Department of Homeland Security, and the Department of State.

22   As will be shown, respondent has failed to complete the security clearance of Plaintiffs case,

23   causing unconscionable delay in the adjudication of Plaintiffs' application for adjustment of status.

24                          JURISDICTION AND VENUE

25       This court has jurisdiction under 28 USC §§ 1331, 1361, 2201, *et seq.*, and 5 USC § 701,

26   *et seq.*, the Administrative Procedures Act. Relief is requested under these statutes.

27

28   COMPLAINT FOR MANDAMUS                    2

1

VENUE

2   Venue is proper in this court, under 28 USC § 1391[e], in that this is an action against

3   officers and agencies of the United States in their official capacities, brought in the District where

4   Defendants are located, and where all the actions alleged herein took place.

5

EXHAUSTION OF REMEDIES

6   Plaintiff has exhausted her administrative remedies.

7

CAUSE OF ACTION

8   On February 5, 2004, Plaintiff filed her Form I-485, Application for Adjustment of Status,

9   with the San Francisco District Office of USCIS. The Form I-485 was filed concurrently with a

10  Petition for Alien Relative, Form I-130, executed by Plaintiff's United States Citizen spouse.

11  Plaintiff was eligible for adjustment of status under Immigration & Nationality Act § 245[i] by

12  virtue of a second preference I-130 filed on her behalf by her Legal Permanent Resident father on

13  April 1, 1994.  A copy of the National Visa Center notice indicating the filing of that petition is

14  attached hereto as **Exhibit B**.

15  Plaintiff was interviewed on her application for adjustment of status at the San Francisco

16  District Office of USCIS on June 30, 2004.  A copy of the interview notice is attached hereto as

17  **Exhibit C**.

18  At Plaintiffs interview, she was advised that the application was pending and could not be

19  approved because the security clearance was not completed.  A copy of the notice of pending status

20  is attached hereto as **Exhibit D**.

21  Respondent FBI was requested on April 15, 2004, to perform the security clearance.

22  Plaintiff has made numerous requests for the status of the security clearance, and for completion

23  of adjudication, up to and including August 14, 2007, but the security clearance remains pending,

24  and Plaintiff's I-485 has not been adjudicated.  Copies of responses to inquiries are attached hereto

25  as **Exhibit E**.

26  The only thing preventing adjudication of this application for adjustment of status is the

27

28  COMPLAINT FOR MANDAMUS                    3

1  FBI security clearance, the request for which has been pending with Defendants for three and a half

2  years.

3         Defendants' refusal and failure to act in this case is, as a matter of law, unreasonable,

4  unconscionable, arbitrary, capricious, and contrary to the law.

5         Plaintiff has been damaged by Defendants' refusal and failure to act in accord with their

6  duties under the law.  Plaintiff has suffered mental and emotional distress; been required to pay

7  filing fees for multiple employment authorizations; and has been unable to travel outside the

8  United States to visit her family in Mexico for a period of three and one-half years.

9         Defendants, in violation of the Administrative Procedures Act, 5 USC § 701, *et seq.*, are

10 unlawfully withholding or unreasonably delaying action of Plaintiff's I-485 application, and have

11 failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's

12 case.

13                                         PRAYER

14        WHEREFORE, in view of the arguments and authorities noted above, Plaintiff respectfully

15 prays that the Defendants, and each of them, be cited to appear herein and that, upon due

16 consideration the County enter an order:

17        [a] requiring Defendants to expeditiously complete Plaintiff's FBI security check for her

18 I-485 application;

19        [b] requiring Respondent's to expeditiously adjudicate Plaintiff's I-485 to conclusion;

20        [c] awarding Plaintiff reasonable attorney's fees under the Equal access to Justice Act;

21        [d] granting such other relief at law and in equity as justice may require.

22

23 Dated: November 19, 2007                  Respectfully submitted,

24

25                                          LAMAR PECKHAM
                                            Attorney for Plaintiff
26

27

28 COMPLAINT FOR MANDAMUS                    4

1

2 <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

3      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

4 named parties, there is no such interest to report.

5 Dated: November 19, 2007

6

7                                              _____

8                                              LAMAR PECKHAM
                                               Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 COMPLAINT FOR MANDAMUS                    5

# EXHIBIT A

US DHS
SAN FRANCISCO
RETAIN THIS RECEIPT

1:14PM    Feb 5/04
00-0000 002   SFR-PC
#11218

A #           000000000
Last Name        DIAZ
First Name    LOURDES

I-765      $120.00
SUPPLEMENT A  $1000.00

I-485 S245I $255.00
FP-Fee/F025B $50.00
I-130 SPOUSE $130.00

Check      $1555.00

※Official※
※Document※

# EXHIBIT  B

National Visa Center
32 Rochester Avenue
Portsmouth, NH 03801-2909

January 28, 1998

LOURDES DIAZ RODRIGUEZ
PO BOX 2876
FORT BRAGG CA 95437

DEAR LOURDES DIAZ RODRIGUEZ:

Your inquiry has been received at the NVC.  The immigrant visa
petition you mentioned in your letter has been entered into our
computer system and assigned the case number listed below.

The petition is not yet current, and the beneficiary should
therefore not make any firm plans, such as disposing of property,
giving up jobs, or making travel arrangements at this time.
Non-current petitions are retained at the NVC until visa numbers
are available.  The beneficiary will be notified when further
consideration can be given to processing this petition.  You may
call (202) 663-1541 for priority dates being processed.

The Written Correspondence Unit has updated your address.  Please
notify the NVC of any change of address or change in personal
situation which may affect the beneficiary's entitlement to an
immigrant visa.

The NVC has changed the visa symbol of the petition listed below
because the beneficiary is over 21 years of age. The visa symbol is
based upon the beneficiary's age at the time the visa may be issued,
rather than the beneficiary's age when the petition was filed.

Case Number:  CDJ-1994657295
Beneficiary's Name:  DIAZ RODRIGUEZ, LOURDES
Preference Category: F2B
Your Priority Date:  April 01, 1994
Foreign State Chargeability: MEXICO
U.S. Embassy/Consulate:      AMCONGEN CIUDAD JUAREZ
Traveling Applicants:
  NAME                      DOB              POB
DIAZ RODRIGUEZ, LOURDES     April 29, 1976   MICHOACAN, MEXICO

# EXHIBIT C

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
630 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111


LOURDES DIAZ DE IANNETTA
RAE IANNETTA
429 NORTH HARRISON STREET                    FILE NUMBER: *A  96 400 097*
FORT BRAGG, CA 95437                          DATE:   *05/24/2004*


Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:              *630 SANSOME STREET, ROOM 200*
                             *SAN FRANCISCO, CA 94111*

DATE AND TIME:                *06/30/2004*
                             *2 : 00 PM*

OFFICER:                      *D96 BOTOSH*


REASON FOR APPOINTMENT:       *APPLICATION FOR ADJUSTMENT OF STATUS*

**THIS INTERVIEW WILL BE VIDEO TAPED.**

<u>PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.</u>

- [X] This letter, all passports, your I-94 arrival/departure form, if any, and INS approval notices and INS issued documents.

- [X] Current photo I.D and proof of petitioners U.S.Citizenship /Lawful Resident status. PETITIONER MUST APPEAR IN SPOUSAL CASES.

- [X] A Current letter of employment for both spouses showing rate of pay and hours per week.

- [X] The three (3) most current Federal 1040 Tax Returns and W-2's.

- [X] Evidence supporting bona fides of the marital relationship, e.g. photos, bank stmts., leases, insurance policies, other.

- [X] Certified, complete court records for any arrests. Original birth/marriage/divorce certificates for you, spouse, children.

- [X] If you do not wish to surrender originals, bring legible photo copies.


DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid
PASSPORT; STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD.
Failure to appear or to bring requested documents may result in delay or denial
of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to
interpret, with valid ID (Not attorney or petitioner)

PC10
CL

# EXHIBIT  D

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Lourdes Diaz De Ianetta          A96 400 097                              E-11(Pending)

6/30/2004

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☐ Visa Availability    ☐ Fingerprints ☒ Security Clearance(s) ☐ A-file(s) ☐ Further Review
☐ Documentation (listed below)    ☐ Other:

IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:

•

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF NINETY (90) DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR DENIAL OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

David N. Still
District Director

cc:

**PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:**

Citizenship and Immigration Service
630 Sansome Street, Room 300
San Francisco, CA 94111
ATTN: E11/Pending

www.dhs.gov                                   68

# EXHIBIT E

**Van Dyke, April**

---

**From:**      [

**Sent:**      Monday, June 05, 2006 7:06 AM

**To:**        Van Dyke, April

**Subject:** Lourdes Diazdeiannetta

A review of the Federal Bureau of Investigation's Name Check Program database concerning Lourdes Diazdeianneta revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) on 04/15/2004, and is currently in a pending status.

While an exact date for completion of this review cannot be given, please be assured that the results will be made available to the immigration authorities as expeditiously as possible. The FBI is sensitive to the impact of the delays in processing name check requests. At the same time, the consequences of the FBI's mission on homeland security requires that our name check process be primarily focused on an accurate and thorough result. This means that there are instances when the FBI's review of a name check request must require as much time as needed to obtain an unequivocally correct result.

I trust this information will assist you in responding to your constituent. In the event that you require further assistance, please do not hesitate to call the FBI's Office of Congressional Affairs at                · check our website: www.FBI.gov, look under issues and concerns.

Sincerely,


Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation


IT IS REQUESTED THAT YOU <u>DO NOT</u> SEND MESSAGES BACK TO THIS EMAIL ACCOUNT NOR PROVIDE THIS EMAIL OUTSIDE OF YOUR OFFICE.

**Van Dyke, April**

**From:**
**Sent:**    Tuesday, June 27, 2006 5:46 PM
**To:**    Van Dyke, April
**Subject:** Lourdes Diaz Rodriguez

RE: A96 400 097 (AOS)

Hi April,

A final Decision cannot be made until the mandatory security checks are processed and we've obtained a final response.

As you know, this process can take many months. Authorities in the Washington D.C. complete the checks and our office has no control over the pace of their completion. **In fact, it is not unusual for the checks to take well over six months.** All cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

We apologize for the delay and request the subject's cooperation and patience in waiting for these important checks to be completed. **IMPORTANT:** Please remind the subject of the importance to properly notify CIS (Naturalization/Adjustment Unit) of any change of address, and to process an AR-11.

If the subject does not receive any correspondence in the next 4 months, please follow-up.

I trust my reply will assist you in responding to your constituent. In the event that you require further assistance, please do not hesitate to call me.

Kind Regards,


USCIS
630 Sansome Street
San Francisco, CA 94111

6/27/2006

**MIKE THOMPSON**
1ST DISTRICT, CALIFORNIA

COMMITTEES:

WAYS AND MEANS

SUBCOMMITTEE ON HEALTH
SUBCOMMITTEE ON SELECT
REVENUE MEASURES

PERMANENT SELECT
COMMITTEE ON INTELLIGENCE



CONGRESS OF THE UNITED STATES
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

DISTRICT OFFICES:
1040 MAIN STREET, SUITE 101
NAPA, CA 94559
(707) 226-9898

317 THIRD STREET, SUITE 1
EUREKA, CA 95501
(707) 269-9595

POST OFFICE BOX 2208
FORT BRAGG, CA 95437
(707) 962-0933

712 MAIN STREET, SUITE 101
WOODLAND, CA 95695
(530) 662-5272

CAPITOL OFFICE:
231 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3311
WEB: http://mikethompson.house.gov

April 23, 2007

Ms. Lourdes Diaz Rodriguez
429 North Harrison Street
Fort Bragg, California  95437

Dear Ms. Rodriguez:

Thank you for contacting me regarding your case with the US Citizenship and Immigration Services (USCIS).

I have contacted the Federal Bureau of Investigations (FBI) on your behalf in an effort to find the status of your name check.  The Congressional Liaison has informed me the request for your name check was received by the USCIS on April 14, 2004 and is currently in pending status.

Again, thank you for allowing me to assist you with this very important matter.  If you have any questions regarding the above information, please contact April Van Dyke of my Napa district office at (707) 226-9898 or via e-mail at april.vandyke@mail.house.gov.

Sincerely,

**MIKE THOMPSON**
Member of Congress

MT:av



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

## U.S. Citizenship and Immigration Services

Tuesday, June 12, 2007

LOURDES IANNETTA
429 N HARRISON STREET
FT BRAGG CA 95437

Dear Lourdes Iannetta:

On 03/06/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Iannetta, Rae |
| **Caller indicated they are:** | Translator for Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-04-130-52147 |
| **Beneficiary (if you filed for someone else):** | Iannetta , Lourdes |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-Delivery |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 06-12-2007 02:01 PM EDT - WAC-04-130-52147



**Department of Homeland Security**
Bureau of Citizenship & Immigration Services
San Francisco District Office
630 Sansome Street Room 200
San Francisco, CA 94111

## *USCIS INQUIRY RESPONSE*

DATE: 8/14/2007

TO:  Rhoda W. Domingo, Esq.

File Number:  A96 400 097 (Diaz De Ianetta, Lourdes)

COMMENTS:  Regarding In

Please note that we are still waiting for a security check on your case from the FBI. We are unable to proceed with adjudication until this is complete.

On average such cases are assigned to an officer within a week of clearance for adjudication.

Thank you.