1  LAMAR PECKHAM
   Attorney at Law
2  State Bar No. 121790
   555 Sebastopol Rd., Ste. C
3  Santa Rosa, CA 95407

4  (707)527-8050

5  Attorney for Plaintiff LOURDES DIAZ DE IANNETTA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES DIAZ DE IANNETTA,

        Plaintiff,

        v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
EMILIO T. GONZALES, Director of U.S
Citizenship & Immigration Services, DAVID N.
STILL Director of the San Francisco District
Office, USCIS, and ROBERT S. MUELLER,
Director of the Federal Bureau of Investigation,

        Defendants.
_____/

No. C 07-5935 TEH

INS File No. A96 400 097

VOLUNTARY DISMISSAL

[Immigration Case]

    Petitioner, through her attorney, LAMAR PECKHAM, hereby withdraws her Complaint for Mandamus, and requests dismissal of this action, without prejudice.

    The injury complained of, to wit: failure of defendants to adjudicate her application for adjustment of status, has been cured by approval of her adjustment of status.

Dated: January 14, 2008

                         __/s/_____
                            LAMAR PECKHAM
                            Attorney for Petitioner
                        LOURDES DIAZ DE IANNETTA

PROOF OF SERVICE
(By Mail)

I, the undersigned, declare that:

My business address is 555 Sebastopol Rd., Ste. C, Santa Rosa, CA 95407.  I am over the age of 18 years, and not a party to this proceeding.

The foregoing **VOLUNTARY DISMISSAL** by placing a true copy in a envelope with first class postage affixed thereon, and placed it in the United States mail, addressed as follows:

United States Attorney' Office
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495

I declare under penalty of perjury that the foregoing is true and correct and that this was executed in Santa Rosa, California, on January 14, 2008.

_/s/_____
LAMAR PECKHAM