LAMAR PECKHAM
Attorney at Law
State Bar No. 121790
555 Sebastopol Rd., Ste. C
Santa Rosa, CA 95407

(707)527-8050

Attorney for Plaintiff LOURDES DIAZ DE IANNETTA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOURDES DIAZ DE IANNETTA,

                Plaintiff,

        v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
EMILIO T. GONZALES, Director of U.S
Citizenship & Immigration Services, DAVID N.
STILL Director of the San Francisco District
Office, USCIS, and ROBERT S. MUELLER,
Director of the Federal Bureau of Investigation,

                Defendants.
_____/

No. C 07-5935 TEH

INS File No. A96 400 097

VOLUNTARY DISMISSAL

[Immigration Case]

    Petitioner, through her attorney, LAMAR PECKHAM, hereby withdraws her Complaint for

Mandamus, and requests dismissal of this action, without prejudice.

    The injury complained of, to wit: failure of defendants to adjudicate her application for

adjustment of status, has been cured by approval of her adjustment of status.

Dated: January 14, 2008

                                    __/s/_____
                                        LAMAR PECKHAM
                                    Attorney for Petitioner
                           LOURDES DIAZ DE IANNETTA

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Thelton E. Henderson

01/15/08

NORTHERN DISTRICT OF CALIFORNIA